IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL E. WATERMAN,

    Petitioner,                      No. CIV S-06-1943 GEB DAD P

    vs.

BILL LOCKYER,

    Respondent.                  FINDINGS & RECOMMENDATIONS

_____/

        By order filed September 6, 2006, petitioner's habeas petition was dismissed and thirty days' leave to file an amended petition was granted. The thirty day period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 20, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
wate1943.fta